No. 574. SOUTHERN CONSTRUCTION CO., INC., ET AL. *v.* PICKARD, DOING BUSINESS AS PICKARD ENGINEERING Co. C. A. 6th Cir. Certiorari granted. *Charles C. Trabue, Jr.* and *Harry S. McCowen* for petitioners.

No. 598. DRAKE BAKERIES INCORPORATED *v.* LOCAL 50, AMERICAN BAKERY & CONFECTIONERY WORKERS INTERNATIONAL, AFL-CIO, ET AL. C. A. 2d Cir. Certiorari granted. *Horace S. Manges* and *Marshall C. Berger* for petitioner. *Paul O'Dwyer* and *Howard N. Meyer* for respondents.

No. 506. WILLMUT GAS & OIL CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Bryce Rea, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr., Kathryn H. Baldwin, Ralph S. Spritzer, Howard E. Wahrenbrock, Luke R. Lamb* and *Peter H. Schiff* for the Federal Power Commission, and *Thomas Fletcher* and *C. Huffman Lewis* for the United Gas Pipe Line Company, respondents.

No. 579. UNITED STATES *v.* McCRORY HOLDING CO. ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Cox* and *Roger P. Marquis* for the United States. *J. R. Wells* for respondents.

No. 592. JORDAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Edward L. Carey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.